Center for Disability Access
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (626) 765-7625
Attorneys for Plaintiff

UNITED STATES DISRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Travis Morgan**, | Case No. 3:21-cv-00619-LAB-MSB |
| Plaintiff, | |
| v. | **Notice of Voluntary Dismissal of Complaint Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| **Little Caesar Enterprises, Inc.; R & B Pizza, Inc.,** and Does 1-10, | |
| Defendants. | |

TO THE COURT AND ALL INTERESTED PARTIES:

Plaintiff Travis Morgan, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the Complaint against defendants Little Caesar Enterprises, Inc. and R & B Pizza, Inc., *without prejudice*.

Neither Little Caesar Enterprises, Inc. nor R & B Pizza, Inc. have filed an answer to the Complaint nor a motion for summary judgment as to Plaintiff's claims. Dismissal without the need for Court Order under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully Submitted,

Dated:  April 18, 2021

By:  /s/ Michelle Uzeta
    Michelle Uzeta, Esq.
    Attorneys for Plaintiff