UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MORGAN<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LITTLE CAESAR ENTERPRISES, INC. et al.<br><br>　　　　　　　　Defendants. | Case No.:   21cv619-LAB (MSB)<br><br>**ORDER OF DISMISAL** |

Plaintiff has filed a notice of voluntary dismissal without prejudice. (Docket no. 5.) Although Defendants have filed a motion to dismiss, they have not filed an answer or motion for summary judgment. Plaintiff also filed a motion to remand this removed action for because of procedural defects.

Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**. The pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: April 20, 2021

　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　Honorable Larry Alan Burns
　　　　　　　　　　　　　　　　United States District Judge